UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Chapter 13
FRANK LYNN RALSTON
CYNTHIA LYNN RALSTON  Case No. 10-50309 ASW

Debtor(s) _____  MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

 X  1. **With respect to the monthly plan payments of $950.00**_____, those payments shall:
   X   **be suspended for the month of February 2011**_____
   ___  be increased to $_____, effective _____
   X   **be decreased to $500.00 x 12 months, and $1,000.00 thereafter, effective March 2011**
   ___  [other]

___  2. With regard to secured claims:
   ___  to treat the claim(s) of additional creditors as secured, as follows:
        Creditor Name          Value of Collateral       Monthly Pmt (if fixed)    Interest Rate (must be specified)

   ___  to change the treatment of certain secured claims, as follows:
        Creditor Name          Value of Collateral       Monthly Pmt (if fixed)    Interest Rate (must be specified)

   ___  to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___  3. With regard to general unsecured claims, to change the dividend paid:
   ___  from _____ % to _____ %
   ___  from a pot plan* of $_____ to a pot plan* of $_____
   ___  from a percentage plan at _____ % to a pot plan* of $_____
   ___  from a pot plan* of $_____ to a percentage plan at _____ %
        * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

___  4. Other modifications:

 X   5. Debtor(s)' reason(s) for requesting the above modification are: **Debtors cannot afford the step up plan payments at this times as their income has not increased as anticipated.**

___  6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: 2/24/11                                    /s/ David A. Boone_____

Rev. 2/05                                         [Attorney for] Debtor(s)